AUSA: Angela Zhu

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

PATRICK FAIRLEY,
a/k/a "Patrick Fairly,"

Defendant.

# 26 MAG 1478

## COMPLAINT

Violations of 21 U.S.C. § 841(a)(1) &
(b)(1)(B) and 18 U.S.C. § 2

COUNTY OF OFFENSE:
BRONX

SOUTHERN DISTRICT OF NEW YORK, ss.:

JOSEPH WELDON, being duly sworn, deposes and says that he is a Detective with the New York City Police Department ("NYPD") and a Task Force Officer ("TFO") with the Drug Enforcement Administration ("DEA"), and charges as follows:

## COUNT ONE
### (Distribution of Controlled Substances)

1. On or about April 23, 2026, in the Southern District of New York and elsewhere, PATRICK FAIRLEY, a/k/a "Patrick Fairly," the defendant, knowingly and intentionally distributed and possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and aided and abetted the same.

2. The controlled substance involved in the offense was 50 grams and more of a mixture or substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(B).

(Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B);
Title 18, United States Code, Section 2.)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

3. I am a Detective with the NYPD, and TFO with the DEA, and have been personally involved in the investigation of this matter. This affidavit is based upon my personal participation in the investigation, my examination of reports and records, and my conversations with other law enforcement agents and other individuals. Because this affidavit is being submitted for the limited purpose of demonstrating probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

4. Based on my personal participation in this investigation, my conversations with others, including other law enforcement officers, and my conversations with PATRICK FAIRLEY, a/k/a "Patrick Fairly," the defendant, I know, among other things, the following:

a. On or about April 23, 2026, members of law enforcement were surveilling FAIRLEY for approximately two to three hours as part of an ongoing controlled substances investigation. During that time, officers observed FAIRLEY, who was with approximately two or three other individuals, enter and exit a double-parked Honda Accord with New York license plate MCJ 4099 registered to FAIRLEY (the "Vehicle") on multiple occasions in the vicinity of Parkview Terrace and 196th Street in the Bronx, New York. Members of law enforcement further observed FAIRLEY taking a brown paper bag (the "Bag") out of the trunk of the vehicle, showing it to the other individuals, and placing it back in the trunk of the vehicle.

b. Following the above-described surveillance, members of law enforcement approached FAIRLEY. FAIRLEY was told he was under surveillance and a K-9 was nearby, then asked if the Vehicle contained drugs. FAIRLEY confirmed drugs were inside the Vehicle, and handed keys to the Vehicle to me.[1] I opened the Vehicle's trunk and removed the Bag. The Bag contained a clear, ziplock bag containing a substance consistent in appearance with methamphetamine.

c. The substance field tested positive for methamphetamine and, together with its packaging, weighed approximately 449 grams, as pictured below:



---

[1] After FAIRLEY made this statement, a K-9 that was nearby did inspect the car but did not alert for the presence of controlled substances.

2

WHEREFORE, I respectfully request that PATRICK FAIRLEY, a/k/a "Patrick Fairly," the defendant, be imprisoned or bailed, as the case may be.

JOSEPH WELDON
TFO
Drug Enforcement Administration

Sworn to before me this 24ᵗʰ day of April, 2026.

THE HONORABLE HENRY J. RICARDO
United States Magistrate Judge
Southern District of New York

3