# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 28, 2026

**Via ECF**

Hon. Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Application **GRANTED.** Defendant's release conditions are modified to permit him traveling to the District of New Jersey from May 2, 2026 to May 3, 2026 for the purpose of attending a show with his partner. Defendant is to provide his specific itinerary to Pretrial Services before May 2, 2026, and to comply with all other release conditions.

The Clerk of Court is respectfully requested to terminate ECF 1.

Re.   **United States v. Patrick Fairley**
      **26 Mag. 1478 (UA)**

Dated: April 29, 2026
       New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

Dear Judge Tarnofsky:

I write to respectfully request a modification of Mr. Fairley's release conditions to permit him to travel to the District of New Jersey from May 2 to May 3, 2026. The Government and Pretrial Services have no objection to this request.

Mr. Fairley was arrested, presented, and released on conditions on Friday, April 24, 2026. Prior to his arrest, Mr. Fairley and his partner had purchased tickets to a show in New Jersey that is being held the evening of May 2, 2026. To permit Mr. Fairley to attend this show, I respectfully request that the standard travel restriction in his pretrial release conditions be modified to permit travel to the District of New Jersey from May 2, 2026 to May 3, 2026. Mr. Fairley will provide his specific itinerary to Pretrial Services.

I thank the Court for its consideration.

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:   Counsel of record
      Pretrial Services Officer Akil King